UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE DENNIS A. CREDIT-BEY,　　　　　　　　Case No. 24-mc-50235

　　　Petitioner.　　　　　　　　　　　　　　　Hon. George Caram Steeh

_____/

ORDER DENYING APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF FEES AND DISMISSING CASE</u>

　　　Dennis A. Credit-Bey filed an "Affidavit of Truth" for "recording" and also filed an application to proceed without the prepayment of fees. In a typical case, the court would screen an applicant's complaint pursuant to 28 U.S.C. § 1915(e), to ensure that it states a legal claim. However, Credit-Bey has not filed a complaint or other request for relief, but a declaration that he is a sovereign citizen who is not subject to the jurisdiction of the United States. This does not state a legal claim for relief. *See generally Bey v. State*, 847 F.3d 559, 560 (7th Cir. 2017) (rejecting claims of so-called sovereign Moors); *Payne v. Kilda,* 2016 WL 491847 at *4 (E.D. Mich. Jan. 6, 2016) ("Complaints premised solely on sovereign citizen arguments have "been uniformly rejected by the federal courts."), *adopted by* 2016 WL 465486 (E.D. Mich. Feb. 8, 2016). Moreover, recording such affidavits,

unconnected to any pending litigation, is not a service that the Clerk of the Court provides.

Accordingly, IT IS HEREBY ORDERED that Credit-Bey's application to proceed without prepayment of fees is DENIED and this case is DISMISSED.

Dated: March 20, 2024

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 20, 2024, by electronic and/or ordinary mail and also on Dennis A. Credit-Bey, 2456 Grant St., Detroit, MI 48212-2267.

s/Lashawn Saulsberry
Deputy Clerk